RECEIVED
IN LAKE CHARLES, LA

APR 27 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MONA BATTS | : | DOCKET NO. 2:06 CV 2021 |
| VS. | : | JUDGE MINALDI |
| STATE FARM FIRE & CASUALTY COMPANY, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Plaintiff's motion to remand is DENIED. It is further ordered that there is summary judgment in favor of Sam Fontenot and against Plaintiff dismissing all claims against Sam Fontenot with prejudice. .

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 27 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE